Â 
NO. 07-08-0369-CV



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL A



NOVEMBER 26, 2008



______________________________



IN RE N&T SPECIALTY WELDING & MANUFACTURING, RELATOR

_________________________________





Before CAMPBELL, HANCOCK and PIRTLE, JJ.
ORDER
Â Â Â Â Â Â Â Â Â Â Relatorâs, N & T Specialty Welding & Manufacturing, Inc., Petition for Writ of
Mandamus is hereby denied. See Tex. R. App. P. 52.8(d). In addition, our previous Order
on Relatorâs Motion for Temporary Relief is hereby vacated.
Â 


Per Curiam




s filed a voluntary petition as debtor under Chapter 7 of the United
States Bankruptcy Code. Said notice included a file-marked copy of said petition. 
Pursuant to 11 U.S.C. § 362, any further action in this appeal is automatically stayed. 

 Under these circumstances, and for administrative purposes, the court orders that
the appeal be abated and removed from the docket of this Court until further order. 


 Per Curiam